UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADRIENNE SAROD POWELL,<br><br>Plaintiff,<br><br>v.<br><br>ELIZABETH FAIN, et al.,<br><br>Defendants. | Case No. 20-cv-05565-(WHO)<br><br>**ORDER STAYING SERVICE OF COMPLAINT AND ORDER TO SHOW CAUSE** |

Pro se plaintiff Adrienne Sarod Powell has filed two identical complaints, one in Case No. 20-cv-5564 and the other in Case No. 20-cv-5565. On August 26, 2020, I dismissed her identical complaint in Case No. 20-cv-5564 with leave to file an amended complaint by September 25, 2020.

Case No. 20-cv-5565, the later filed case, was initially assigned to the Hon. Edward M. Chen. Not realizing that there was an older, identical complaint on file, on August 21, 2020, Judge Edward M. Chen ordered the U.S. Marshal to serve the complaint in Case No. 20-cv-5565. Service has not been effected, and Case No. 20-cv-5565 has now been related to my older case.

In order to achieve proper procedure, service of Powell's complaint in Case. No. 20-cv-5565 is hereby STAYED. Powell is ORDERED TO SHOW CAUSE why that complaint should not be dismissed as duplicative of the complaint filed in Case No. 20-cv-5564. Powell can respond to this Order by filing her amended complaint in Case No. 20-cv-5564, as I previously ordered, by September 25, 2020. If there is some reason Powell thinks Case No. 20-cv-5565 differs from 20-cv-5564 and should be litigated separately, she may file a memorandum explaining her reasoning by September 25, 2020. I will determine whether either complaint

1   should be served or dismissed after the filing on September 25, 2020.

2   **IT IS SO ORDERED.**

3   Dated: September 15, 2020



William H. Orrick
United States District Judge